UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GALVIN, et al.,

      Plaintiffs,

                                    Case No. 1:20-cv-230

v.

                                    HONORABLE PAUL L. MALONEY

AIRWAY AUTO LLC,

      Defendant.

_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through electronic mail communication from counsel for Plaintiffs of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **June 10, 2020**.

**IT IS FURTHER ORDERED** that the Rule 16 scheduling conference scheduled for May 18, 2020 is **CANCELED**.

Dated:  May 13, 2020
                                              /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge